IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERI LYNN WILSON,

    Plaintiff,

  v.

Case No. 19-cv-295-wmc

THE TITLE TEAM LLC,
DITECH FINANCIAL LLC,
JUDICIARY COURTS OF THE
STATE OF WISCONSIN AND
ROETHE POPE ROETHE LLP,

    Defendants.

and UNITED STATES OF AMERICA,
    Putative Relator Plaintiff

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case for failure to state a claim upon which relief can be granted.

| /s/ | 3/20/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |